IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARCUS KILGORE**                                                                                   **PLAINTIFF**

**v.**                              **CASE NO. 4:11CV00464 BSM/JJV**

**HENDERSON, Officer**
**Faulkner County Detention Center**                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Further, an *informa pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 6th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE